# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PLACIDE J. JUMONVILLE

VERSUS

EMILIE RUSSO SCHENCK, DDS

NO.  2019 CW 0193

**JUL 3 0 2019**

---

In Re:   Emilie Russo Schenck, DDS, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201714891.

---

**BEFORE:   McDONALD, McCLENDON, and CRAIN, JJ.**

**WRIT GRANTED.**  The trial court's January 28, 2019 judgment denying the motion for summary judgment filed by the defendant, Dr. Emilie Russo Schenck, is reversed.  We find the trial court erred in failing to exclude the exhibits that plaintiff, Placide Jumonville, attached to his opposition and to his sur-reply to the defendant's motion for summary judgment, which were inadmissible because they were either not on the exclusive list of documents provided in Louisiana Code of Civil Procedure article 966(A)(4) and/or were not properly authenticated or certified.  See **Raborn v. Albea**, 2016-1468 (La. App. 1st Cir. 5/11/17), 221 So.3d 104, 111-12.  Therefore, the plaintiff failed to produce factual support sufficient to establish that he would be able to satisfy his evidentiary burden of proof at trial.  Accordingly, the motion for summary judgment filed by defendant, Dr. Emilie Russo Schenck, is granted, and plaintiff's claims against defendant, Dr. Emilie Russo Schenck, are dismissed with prejudice.

JMM
WJC

McClendon, J., concurs, but would have granted the parties oral argument.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT